NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 04-1202 consolidated with CW 04-1233, CA 04-1373, CW 05-6


TEXACO EXPLORATION AND PRODUCTION, INC.

VERSUS

HILCORP ENERGY COMPANY


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 71298
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**ELIZABETH A. PICKETT**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and James T. Genovese, Judges.


**WRIT DENIED.**

**Paul J. Hebert**
**Mark D. Sikes**
**Ottinger Hebert, LLC**
**P. O. Drawer 52606**
**Lafayette, LA 70505-2606**
**(337) 232-2606**
**Counsel for Applicant:**
 **Hilcorp Energy Company**

John Y. Pearce
Montgomery, Barnette, Brown, Read, Hammond & Mintz
1100 Poydras St., #3200
New Orleans, LA 70163-3200
(504) 585-3200
Counsel for Respondent:
 Jonas Perrin, et al

Warren A. Perrin
Perrin, Landry, deLaunay, Dartez & Ouellet
P. O. Box 53597
Lafayette, LA 70505
(337) 237-8500
Counsel for Respondent:
 Jonas Perrin, et al

Michael M. Caffery
Caffery, Oubre, Campbell & Garrison, LLP
301 E. Kaliste Saloom Rd., #301
Lafayette, LA 70508
(337) 232-6581
Counsel for Applicant:
  Texaco Exploration & Production Co.

Stuart Housel Smith
Michael Gregory Stag
Lloyd S. Jolibois, Jr.
Smith Stag, LLC
365 Canal St., #2850
New Orleans, LA 70130
(504) 593-9600
Counsel for Respondent:
 Jonas Perrin, et al

Denis C. Swords
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
P. O. Box 81829
Lafayette, LA 70598-1829
(337) 237-0132
Counsel for Applicant:
  Hilcorp Energy Company

Stephen B. Murray
Arthur M. Murray
Nicole A. Ieyoub
Dominick F. Impastato III
Murray Law Firm
Suite 2550, LL&E Tower
909 Poydras St.
New Orleans, LA 70112-4000
(504) 525-8100
Counsel for Respondent:
 Jonas Perrin, et al

**Robert E. Meadows**
**Carol M. Wood**
**King & Spalding, LLP**
**1100 Louisiana, Ste 4000**
**Houston, TX 77002-5213**
**(713) 751-3200**
**Counsel for Respondent:**
  **Texaco Exploration & Production Co.**